AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| Joshua Herridge | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 4:19-cv-4259 |
| MONTGOMERY COUNTY, TEXAS and JIMMY WILLIAMS, individually and in his official capacity as Fire Marshal for Montgomery County, Texas, | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Mr. Jimmy Williams
Fire Marshal
501 N Thompson, Suite 102
Conroe, Texas 77301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Peter Costea
Law Office of Peter Costea
4544 Post Oak Place, Suite 350
Houston, Texas 77027

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*David J. Bradley, Clerk of Court*

Date: October 30, 2019



*s/ S. Anderson*
*Signature of Clerk or Deputy Clerk*

## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Montgomery District of Texas

Case Number: 4:19-CV-4259

Plaintiff:
**Joshua Herridge**

vs.

Defendant:
**MONTGOMERY COUNTY, TEXAS and JIMMY WILLIAMS, individually and his official capacity as Fire Marshal for Montgomery County, Texas**

Received these papers on the 14th day of November, 2019 at 12:50 pm to be served on **Mr. Jimmy Williams Fire Marshal, 501 North Thompson, Suite 102, Conroe, Montgomery County, TX 77301**.

I, THAI PHAM, being duly sworn, depose and say that on the **15th day of November, 2019 at 2:00 pm, I:**

served an **AUTHORIZED** entity by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, VERIFIED COMPLAIN, MOTION FOR LEAVE FOR NATHAN W. KELLUM TO APPEAR AS ATTORNEY-IN-CHARGE, PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT, ORDER SETTING CONFERENCE, CIVIL PROCEDURES** with **EXHIBITS, MOTION FOR PRELIMINARY INJUNCTION, APPENDIX TO MOTION FOR PRELIMINARY INJUNCTION, MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION and PROPOSED ORDER ON MOTION FOR PRELIMINARY INJUNCTION** with the date and hour of service endorsed thereon by me, to: **Ronald Chin** as **County Assistant Attorney** at the address of: **501 North Thompson, 3rd Floor, Conroe, Montgomery County, TX 77301**, who stated they are authorized to accept service for **Jimmy Williams**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 45, Sex: M, Race/Skin Color: ASIAN, Height: 5'7, Weight: 150, Hair: BLACK, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 15 th day of November, 2019 by the affiant who is personally known to me.

NOTARY PUBLIC

**THAI PHAM**
PSC 16632 EXP 4/30/2021

Our Job Serial Number: DTI-2019000991

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1c



ANHA VU PHAM
COMM. EXPIRES 1-14-2023
NOTARY ID 13185291-2